United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SANDRA V. MOORE,                                    No. C 06-1380 SBA

               Plaintiff,                           **ORDER**

     v.

ASTRAZENECA
PHARMACEUTICALS, L.P.,
ASTRAZENECA, L.P., and ELI LILLY
AND COMPANY,

               Defendants.
_____/

On July 5, 2006, the Court issued an Order scheduling a Case Management Conference for October 25 at 3:30 p.m. Plaintiff failed to file a Case Management Conference statement, per the Court's scheduling Order, and failed to appear at the Case Management Conference. Accordingly,

IT IS HEREBY ORDERED THAT:

(1)     Plaintiff shall appear in Courtroom 3 of the United States Courthouse, 1301 Clay Street, Oakland, California, on **December 6, 2006, at 4:00 p.m.** to show cause why this case should not be dismissed and/or sanctions should not be imposed for lack of prosecution.

(2)     At least ten (10) days prior to the date specified for the court appearance, Plaintiff or Plaintiff's counsel of record must file a Certificate of Counsel with the Clerk of the Court to explain why the case should or should not be dismissed and why sanctions should or should not be imposed for lack of prosecution. The Certificate shall set forth the nature of the case, its present status, any basis for opposition to dismissal by any party, and the expected course of the case if not dismissed.

(3)     Please take notice that this Order requires both the specified court appearance and the filing of the Certificate of Counsel. FAILURE TO FULLY COMPLY WITH THIS ORDER WILL BE DEEMED SUFFICIENT GROUNDS TO DISMISS THE ACTION.

IT IS SO ORDERED.

1

2

3    Dated: 10/25/06

4                                                    SAUNDRA BROWN ARMSTRONG
                                                     United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2